IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NUMBER: 1:10CR27 SPM/AK

v.

CARLINE CENEUS
    a/k/a CARLINE BONTEMPS,
CABIOCH BONTEMPS,
and
WILLY PAUL EDOUARD

_____/

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

The United States of America requests this Court to issue an Order sealing the indictment returned by the grand jury in this case, and in support of this motion states as follows:

1. The defendants have not been arrested as a result of the activities alleged in the indictment. The current whereabouts of the defendants are unknown and the public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendant to answer the charges.

2. The United States further moves the Court that the indictment in this case shall remain **sealed** until further written Order of this Court, except that the Clerk's Office shall provide two certified copies of the indictment to the United States Attorney for the Northern District of Florida, two certified copies to the United States Marshal for the Northern District of Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

Rcd
Filed 0622'10 UsDcFln1PM0216

WHEREFORE, in order to arrest the defendant(s) before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

THOMAS F. KIRWIN
UNITED STATES ATTORNEY

F. T. Williams
Assistant United States Attorney
Florida Bar No. 936219
300 East University Ave, Suite 310
Gainesville, FL 32601
(352) 378-0996

**ORDER**

The government's motion is granted.

DONE AND ORDERED this the 22nd day of June, 2010.

UNITED STATES SENIOR DISTRICT JUDGE