IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                             1:10-CR-27-SPM/GRJ

CARLINE CENEUS, et al.,

    Defendants.
_____/

## **PROTECTIVE ORDER**

The Government has consented to disclosure of the grand jury transcripts and exhibits in the above styled case under certain conditions. Good cause having been found, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Disclosure shall be limited to each defense attorney of record and to any attorney, paralegal, investigator, or support staff in that attorney's office who is directly involved in the defense of this case.

2. Defense counsel may provide defendants the opportunity to review said grand jury transcripts for the limited purpose of assisting in the defense of the case. Defense counsel shall not, under any circumstances provide defendants with copies of said transcripts.

3. Defense counsel shall not discuss the contents of the grand jury

transcripts and respective exhibits with anyone except for their clients, attorneys for the government, defense counsel of record for the co-defendants, and any attorneys, paralegals, investigators, or support staff in their office directly involved in the defense of this case.

4. Defendants shall not discuss the contents of the grand jury transcripts or exhibits with anyone other than with their attorneys.

5. Defendants shall not use the grand jury transcripts, exhibits or any information contained therein, except in the defense of the pending charges.

6. Any subsequent defense motions referencing or discussing any grand jury transcripts, exhibits or content shall be filed under seal.

7. If either party seeks a modification of this order, the moving party must seek permission of this Court pursuant to a motion filed under seal.

**DONE AND ORDERED** this 15th of November, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge